# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3624

_____

Thomas James Erickson,       *
      *
         Appellant,       *
      *    Appeal from the United States
       v.       *    District Court for the
      *    District of Minnesota.
United States Post Office;       *
Ione Smischney; Kalene Schultz;       *    [UNPUBLISHED]
Natalie Sorvari; Marilyn Doe,       *
      *
         Appellees.       *

_____

Submitted: September 28, 2007
Filed: October 12, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges

_____

PER CURIAM.

Thomas James Erickson appeals from the district court's[1] dismissal of his pro se civil complaint in which he alleged that the United States Postal Service, through four of its Minnesota employees, wrongfully refused to deliver his mail or hold it for pick-up. Upon de novo review, see Goodin v. U.S. Postal Inspection Serv., 444 F.3d

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, Chief United States Magistrate Judge for the District of Minnesota.

998, 1000 (8th Cir. 2006), <u>cert. denied</u>, 127 S. Ct. 930 (2007), we conclude that the district court properly dismissed Erickson's complaint for lack of subject-matter jurisdiction because the Postal Regulatory Commission has exclusive jurisdiction over Erickson's claims regarding postal rates and services.  <u>See</u> 39 U.S.C. § 3662; <u>LeMay v. U.S. Postal Serv.</u>, 450 F.3d 797, 799-800 (8th Cir. 2006).

We modify the dismissal to be without prejudice, <u>see</u> <u>Hernandez v. Conriv Realty Assocs.</u>, 182 F.3d 121, 123-24 (2d Cir. 1999) (Article III deprives federal courts of power to dismiss case with prejudice where subject matter jurisdiction does not exist), and affirm the judgment as modified.  <u>See</u> 8th Cir. R. 47B.

_____